# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MARCO ANTONIO RODRIGUEZ-AGUILAR,<br><br>  Defendant. | Case No. 3:14-CR-30181-NJR-20 |

# ORDER

**ROSENSTENGEL, Chief Judge:**

Now before the Court is Defendant Marco Antonio Rodriguez-Aguilar's *pro se* Motion for Reduction of Sentence. (Doc. 886). Rodriguez-Aguilar seeks a two-level reduction in his guideline range pursuant to 18 U.S.C. § 3582(c)(2) and Part B of Amendment 821 to the United States Sentencing Guidelines ("U.S.S.G."). (*Id.*).

Under Part B of Amendment 821, offenders with zero criminal history points and whose offense did not involve specified aggregating factors shall receive a two-level decrease in their offense level. U.S.S.G. § 4C1.1. Here, although Rodriguez-Aguilar asserts that he had zero criminal history points at sentencing, and thus would retroactively qualify for a two-level reduction in his offense level, he actually was assessed three criminal history points. (*See* Doc. 714 at p. 14). Thus, he is ineligible for relief under Part B of Amendment 821.

For this reason, the *pro se* Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2) and Part B of Amendment 821 filed by Defendant Marco Antonio Rodriguez-Aguilar (Doc. 886) is **DENIED**.

IT IS SO ORDERED.

DATED:  March 25, 2024

*[signature]*

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**